Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| MOSES KEEYA <br> _____ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> AMAZON LOGISTICS <br> C/O MATT VEGA, LITTLER MENDELSON <br> ~~P.C.~~ <br> _____ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MOSES KEEYA
   Street Address: 667 MAIN ST APT. 2
   City and County: WOBURN, MIDDLESEX COUNTY
   State and Zip Code: MA, 01801
   Telephone Number: 781-985-6404
   E-mail Address: mcbbiz@hotmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

as my health insurance was cut.

I ask to be compensated $10,000,000 in damages plus other punitive monetary compensations under a statute that has no monetary cap on monetary recovery you might get.

I also ask court to impose an injunctive relief so that such acts do not happen again at Amazon.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/09/2021

Signature of Plaintiff

Printed Name of Plaintiff  MOSES KEEYA

B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Defendant No. 1

    Name: AMAZON LOGISTICS
    Job or Title (if known): C/O MATT VEGA, LITTLER MENDELSON, P.C.
    Street Address: 2301 Mcgee St, Suite 800
    City and County: KANSAS CITY, JACKSON COUNTY
    State and Zip Code: MO, 64108
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Americans with Disabilities Act (ADA) and the ADA Amendments Act of 2008 (ADAAA).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

___

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Wrongful termination by Amazon Logistics ~~without~~ despit my speaking/voice disability, a violation of my rights under the Americans with Disabilities Act (ADA) and ADA Amendments Act of 2008 (ADAAA).

NEXT PAGE

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The termination caused me alot of damages:
1. Emotional distress (past and future) - non economic
2. Lost wages
3. Mental anguish
4. Immeasurable health risk exposure for me and...

CONTINUED FROM page 4.

## III. Statement of Claim.

I was terminated/victimized by Rebecca Bunker (my supervisor) for activities which involved the use of my voice/speaking: making hundreds of phone calls and speaking to property managers. I had a duty to lawfully protect my voice box from further injury. Amazon never cared for how its employees are being treated instead it concentrated on filling its pockets.

### My Story and Ordeal

I had two surgeries, One In August 2019 (a Thyroid Gland removal to stop cancer growth and One which was delayed by COVID19 in December 2020 (voice box correction). The voice box was affected/shifted out of place during the Thyroid surgery and never recovered on its own. This affected my ability to speak properly for the entire 2020.

Rebecca Bunker who never talked to me took every turn to label me as a poor performer. That between April 2020 - December 2020. All activities involving making hundreds of calls in tight congested unsafe cubicles during COVID19. In March/April 2020 - Over 200 calls to Nursing Homes In December 2020 - over 200 calls to Colleges. The calls were not only unsafe to make but they were injurious to my voice too.

November/December 2020 - accused without evidence and investigation that I yelled at a property manager at Bradlee Apts. when I was sent there to recover and redeliver packages       P.T.O